# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY MARTIN HAAR, | : | Civil No. 1:23-CV-00041 |
| Plaintiff, | : | |
| v. | : | |
| JESSICA SAGE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of August, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss for failure to state a claim on which relief can be granted pursuant to Fed. R. Civ. P. 12(b), Doc. 50, is **GRANTED**.

2. The amended complaint, Doc. 45, is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
